DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Juan Campos-Calvillo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>JUAN CAMPOS-CALVILLO,<br><br>　　　　*Defendant.* | No. 1:12-cr-0023 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:　April 30, 2012<br>Time:　10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, IAN A. GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Juan Campos-Calvillo, that the date for status conference in this matter may be continued to April 30, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is April 9, 2012.  The requested new date is April 30, 2012.**

　　The parties are engaged in negotiations that may effect plea offer in this matter.  This continuance is requested to allow time for further investigation and negotiations regarding the proper resolution of the case.

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                    BENJAMIN B. WAGNER
                    United States Attorney

DATED: April 5, 2012        By /s/ Ian A. Garriques
                    IAN A. GARRIQUES
                    Assistant United States Attorney
                    Attorney for Plaintiff

                    DANIEL J. BRODERICK
                    Federal Defender

DATED: April 5, 2012        By /s/ Eric V. Kersten
                    ERIC V. KERSTEN
                    Assistant Federal Defender
                    Attorney for Defendant
                    Juan Campos-Calvillo

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: April 5, 2012

                    CHIEF UNITED STATES DISTRICT JUDGE