1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561

5

6   Attorney for Defendant
    Juan Campos-Calvillo

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:12-cr-0023 AWI
                                       )
12              Plaintiff,             )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE AND ORDER THEREON
13       v.                            )
                                       )   Date:   May 29, 2012
14  JUAN CAMPOS-CALVILLO,              )   Time:   10:00 a.m.
                                       )   Judge:  Hon. Anthony W. Ishii
15              Defendant.             )
                                       )
16  _____   )

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel,

19  IAN A. GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN,

20  Assistant Federal Defender, counsel for defendant Juan Campos-Calvillo, that the date for status

21  conference in this matter may be continued to May 29, 2012, or the soonest date thereafter that is

22  convenient to the court.  **The date currently set for status conference is April 30, 2012.  The requested

    new date is May 29, 2012.**

23       The parties are engaged in negotiations that may effect plea offer in this matter.  This continuance is

24  requested to allow time for further investigation and negotiations regarding the proper resolution of the

25  case.

26  ///

27  ///

28

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: April 26, 2012          By /s/ Ian A. Garriques
                                  IAN A. GARRIQUES
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 26, 2012          By /s/ Eric V. Kersten
                                  ERIC V. KERSTEN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  Juan Campos-Calvillo

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   April 26, 2012

CHIEF UNITED STATES DISTRICT JUDGE