| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | Juan Campos-Calvillo |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:12-cr-0023 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE AND ORDER THEREON |
| v. | ) |
| | ) Date: July 30, 2012 |
| JUAN CAMPOS-CALVILLO, | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Anthony W. Ishii |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, IAN A. GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Juan Campos-Calvillo, that the date for status conference in this matter may be continued to July 30, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is July 16, 2012. The requested new date is July 30, 2012.**

Counsel is scheduled to be out of the office on the currently scheduled hearing date. This continuance is requested to allow time for defense preparation and continuity of counsel.

///

///

///

1 | The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: July 12, 2012     By */s/ Ian A. Garriques*
                         IAN A. GARRIQUES
                         Assistant United States Attorney
                         Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: July 12, 2012     By */s/ Eric V. Kersten*
                         ERIC V. KERSTEN
                         Assistant Federal Defender
                         Attorney for Defendant
                         Juan Campos-Calvillo

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  July 12, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE